IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DELILAH HEARN                                                                     PLAINTIFF

V.                                                      CIVIL ACTION NO. 1:18-CV-95-SA-DAS

TONY DAVIS, et al.                                                               DEFENDANTS

ORDER REGARDING LIMITED DISCOVERY

The court having consulted with the parties at a status conference, finds that limited discovery should be allowed relating to qualified immunity.

IT IS ORDERED as follows:

1. The parties shall complete all discovery relating to qualified immunity not later than Wednesday, December 26, 2018.

2. The parties may propound ten interrogatories, ten requests for production of documents and ten requests for admissions.

3. The parties are granted leave to take up to five depositions.

4. Any supplement to the motion for judgment on the pleadings must be filed not later than January 9, 2019. Any response/reply shall be within the normal times prescribed by the rules.

5. In the event that the motion for judgment on the pleadings is denied in whole or in part, the parties shall contact the magistrate judge's chamber within fourteen days to obtain a setting for a case management conference.

SO ORDERED this the 27th day of August, 2018.


/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE